# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Larry R. Wiltshire,<br><br>Debtor. | Case No. 26-13743<br><br>Chapter 13 |

## Certificate of Service

I, Michael A. Cibik, certify that on September 9, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: September 9, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service: CM/ECF**

**U.S. Trustee**
USTPRegion03.PH.ECF@usdoj.gov

**Kenneth E. West, Ch. 13 Trustee**
ecfemails@ph13trustee.com

## Method of Service: First Class Mail

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St Fl 4
Pittsburgh, PA 15212-5862

Amex
Correspondence/Bankruptcy
P.O. Box 981535
El Paso, TX 79998

Anderson Materials Evaluation, Inc.
9051 Red Branch Rd Ste C
Columbia, MD 21045-2103

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Central Research Inc/D
CRI, Attn: Bankruptcy P.O. Box 83106 Lincoln, NE 68501-3106

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
Saint Louis, MO 63179-0027

**Credit Union Mortgage**
10800 Main St
Fairfax, VA 22030

Fein, Such & Crane, LLP
28 E Main St Ste 1800
Rochester, NY 14614-1936

Goldman Sachs Bank USA
Attn: Bankruptcy
P.O. Box 70379
Philadelphia, PA 19176

Hayt Hayt & Landau LLC
Meridian Center 1
2 Industrial Way W
Eatontown, NJ 07724-2265

Hayt, Hyat & Landau LLC
2 Industrial Way West
PO Box 500
Eatontown, NJ 07724

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Jefferson Capital Systems**
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377

**LVNV Funding LLC/ Resurgent Capital Services**
PO Box 1269
Greenville, SC 29602

**Midland Credit Mgmt**
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193

Mrc/united Wholesale M
Attn: Bankruptcy
P.O. Box 619098
Dallas, TX 75261-9741

Nasa Federal Credit Union
Attn: Bankruptcy
500 Prince Georges Blvd.
Upper Marlboro, MD 20774

Navient
Attn: Bankruptcy
PO Box 9635
Wilkes Barre, PA 18773-9635

Pressler Felt & Warshaw LLP
7 Entin Rd
Parsippany, NJ 07054-5020

Rocket Mortgage
Attn: Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226

Velocity Investments, LLC
Attn: Bankruptcy
1800 Route 34 North, Bldg. 3, Suite 305
Belmar, NJ 07719

Weltman, Weinberg & Reis Co., LPA - Philadelphia
Attn: Bankruptcy
520 Walnut St Suite 1355
Philadelphia, PA 19106