**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Larry R. Wiltshire<br>Debtor(s)<br>Onslow Bay Financial, LLC<br>Movant<br>v.<br>Larry R. Wiltshire<br>Respondent(s) | Chapter: 13<br><br>Case No: 26-13743-amc |

**OBJECTION OF ONSLOW BAY FINANCIAL, LLC TO CONFIRMATION OF CHAPTER 13 PLAN WITH RESPECT TO THE REAL PROPERTY LOCATED AT 10 DEWEY PLACE, BROOKLYN, NY 11233**

Onslow Bay Financial, LLC (hereinafter, "Creditor"), through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan filed by Debtor Larry R. Wiltshire (hereinafter, "Debtor"). In support thereof, Creditor respectfully represents as follows:

1. On April 15, 2019, Larry R. Wiltshire and Jarvis Wiltshire signed a note in the principal sum of $623,200.00 evidencing a loan from The Partnership Federal Credit Union in the same amount, secured by the real property located at 10 Dewey Place, Brooklyn, NY 11233 (hereinafter, the "Property"), as evidenced by a mortgage executed by Jarvis Wiltshire and Larry R. Wiltshire and Robert Wiltshire in favor of Mortgage Electronic Registration Systems Inc., as Nominee for The Partnership Federal Credit Union, which mortgage is duly recorded with the Recorder of Deeds for Kings County on April 22, 2019 as Instrument No. 2019000127451.

2. By assignment of mortgage, the mortgage was ultimately assigned to Creditor.

3. Debtor filed the Chapter 13 Bankruptcy Petition on September 8, 2026 and as a result, any State Court proceedings were stayed.

4. Creditor objects to the Chapter 13 Plan (hereinafter, the "Plan") for the following reasons:

   a. The Plan is infeasible in that the Plan:

      i. is underfunded and does not provide sufficient funds to pay the claims

      ii. does not provide for sufficient funds to Creditor in order to cure the pre-petition arrears due to Creditor in the amount of $9,361.27 (which is the approximate amount subject to the actual amount stated in the final filed Proof of Claim).

   b. The Plan does not adequately provide for post-petition payments in the amount of $3,374.30.

5. By proposing to pay Creditor as proposed, the Plan violates the standards of 11 USC sections 1325(a)(5)(B)(i) and (ii) because it pays Creditor less than the allowed amount of such claim.

6. This Objection is made in accordance with the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Creditor, Onslow Bay Financial, LLC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan and dismiss the Chapter 13 Bankruptcy Petition together with such other relief this Court deems necessary and appropriate.

Respectfully submitted,

STERN & EISENBERG, PC

*By:_/s/ Daniel P. Jones_*

Daniel P. Jones, Esquire
Stern & Eisenberg, PC
20 Commerce Drive
Suite 230
Cranford, NJ 07016
djones@sterneisenberg.com
Phone: (516) 630-0288
Fax: (732) 726-8719
Bar Number: 321876
Counsel for Movant

Date: September 28, 2026