**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Larry R. Wiltshire<br>Debtor(s)<br>Onslow Bay Financial, LLC<br>Movant<br>v.<br>Larry R. Wiltshire<br>Respondent(s) | Chapter: 13<br><br>Case No: 26-13743-amc |

**ORDER**

AND NOW, this _________ day of ______________________, 20____ upon the Objection of Onslow Bay Financial, LLC and after the opportunity for hearing and considering of all evidence, arguments and briefs of Counsel, it is ORDERED and DECREED that confirmation of the Chapter 13 Plan is DENIED.

BY THE COURT:

________________________________________
UNITED STATES BANKRUPTCY JUDGE