**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>Larry R. Wiltshire<br>Debtor(s)<br>Onslow Bay Financial, LLC<br>Movant<br>v.<br>Larry R. Wiltshire<br>Respondent(s) | Chapter: 13<br><br>Case No: 26-13743-amc |

**CERTIFICATE OF SERVICE OF OBJECTION TO PLAN**

I, the undersigned, hereby certify that a true and correct copy of the within Objection to Chapter 13 Plan together with proposed Order and this Certificate, was sent to the below-listed recipients via first class mail and/or ECF on the date set forth below.

Michael A. Cibik
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
**Counsel for Debtor**

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
**Bankruptcy Trustee**

United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Larry R. Wiltshire
1908 Titan St
Philadelphia, PA 19146
**Debtor(s)**

Respectfully submitted,
STERN & EISENBERG, PC

*By: /s/ Daniel P. Jones*__________
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
djones@sterneisenberg.com
Bar Number: 321876
Counsel for Movant

Date: September 28, 2026